# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCKINNIE, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, a municipality; OFFICER HOFFSTETTER (Badge No. 5773), an individual; and DOES 1-50, inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 3:24-cv-00827-H-SBC<br><br>**ORDER SUBMITTING DEFENDANT'S MOTION TO DISMISS AND DENYING JOINT MOTION TO CONTINUE HEARING AS MOOT**<br><br>[Doc. No. 15.] |

On May 29, 2024, Defendant City of San Diego (the "City" or "Defendant") filed a motion to dismiss Plaintiff John McKinnie's ("Plaintiff") first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 4.) The hearing on Defendant's motion to dismiss is currently scheduled for Monday, August 26, 2024, at 10:30 a.m. Pacific Time. On August 15, 2024, the parties filed a joint motion to continue the hearing date on Defendant's motion to dismiss to September 23, 2024. (Doc. No. 15.) The Court, pursuant to its discretion under Civil Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument, submits the motion on the parties' papers,

and vacates the hearing.  Accordingly, the Court denies the parties' joint motion as moot.

**IT IS SO ORDERED.**

DATED: August 19, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT